UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF N.Y.

INDEX NO.: CV-11-5071

DATE FILED: 10/18/11

AFFIDAVIT OF SERVICE
SUMMONS IN CIVIL ACTION

---------------------------------------------------------------------X

**HUMBERTO CASTRO and DONNA CASTRO**
          Plaintiff,

-against-
**UNITED STATES POSTAL SERVICES, STEEL LOS III d/b/a STEEL EQITIES AND BASIN HAULAGE INC**
,
          Defendants

---------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; ss: John Tripolone being first duly sworn, deposes and states that deponent is over the age of 18 years, is not a party to the action herein and resides in the State of New York.

On **11/17/2011** at **3:30 PM** at **100 FEDERAL PLAZA RN 610 CENTRAL ISLIP, NEW YORK 11772** affiant served the within **SUMMONS & VERIFIED COMPLAINT** upon **ATTENTDENT RM. 610**, an agent authorized to accept for said defendant **UNITED STATES POSTAL SERVICE** Deponent person to be an authorized agent for said defendant **UNITED STATES POSTAL SERVICE**
UNITED STATES of AMERICA

The person so served is described as follows: **Sex: MALE**   **Age: 65**    **Race: WHITE**   **Hair Color: GRAY**
**Height: 5' 7"**   **Weight: 160**   **Eye Color:**
**Other : GLASSES**

__X__ I Asked the individual so served as to whether or not the Defendant was in the active military or naval service of the United States of merica or New York State in any manner or capacity and I received a negative reply. The person so served wore ordinary civilian clothing and no naval or military uniform. The source of this information are the events set forth above, which form the grounds for my belief. Based upon the foregoing, I hereby state, upon information and belief, that the Respondent is not in the military or naval service of the United States of America or the State of New York as same is defined in state and Federal statutes.

                         _____
                          John Tripolone

Subscribed and sworn to before me
this _21st_ day of _November_ 2011

KAREN L. TRIPOLONE
NOTARY PUBLIC, State of New York
No. 01TR6042454
Qualified in Nassau County
Commission Expires May 30, 20__