UNITED STATES DISTRICT COURT
        For the
EASTERN DISTRICT OF N.Y.

INDEX NO.:  CV-11-5071

DATE FILED:  10/18/11

**AFFIDAVIT OF SERVICE**
SUMMONS IN CIVIL ACTION

--------------------------------------------------------------------------------x
**HUMBERTO CASTRO and DONNA CASTRO**
                                        Plaintiff,


        -against-
**UNITED STATES POSTAL SERVICES, STEEL LOS**
III d/b/a STEEL EQITIES AND BASIN HAULAGE INC
                                        ,
                                        Defendants
--------------------------------------------------------------------------------x


STATE OF NEW YORK, COUNTY OF NASSAU; ss: John Tripolone  being first duly sworn, deposes and  states
that deponent is over the age of 18 years, is not a party to the action herein and resides in the State of  New York.

On **11/15/2011**  at  **3:30 PM** at  **700 HICKSVILLE RD. BETHPAGE, NEW YORK 11714** affiant served the within **SUMMONS &
VERIFIED COMPLAINT** upon  **CATHY VITOLO**, an agent authorized to accept for said defendant  **STEEL LOS 111 d/b/a STEEL
EQUITIES** Deponent person to be an authorized agent for said defendant **STEEL LOS 111 d/b/a STEEL EQUITIES** and was of suitable age.

The person so served is described as follows:  **Sex: FEMALE      Age: 50          Race: WHITE      Hair Color:BLOND
Height: 5' 8"  Weight: 125      Eye Color:
Other :**


  **X**   I Asked the individual so served as to whether or not the Defendant was in the active military or naval service of the United States of
merica or New York State in any manner or capacity and I received  a negative reply. The person so served wore ordinary civilian clothing and
no naval or military uniform. .The source of this information are the events set forth above, which form the grounds for my belief . Based upon
the foregoing, I  hereby state, upon information and belief, that the  Respondent is not in the military or naval service of the United States of
America or the State of New York as same is defined in state and Federal statutes.


                                        John Tripolone
                                        _____
                                                John Tripolone

Subscribed and sworn to before me
this  21st  day of November 2011


KAREN L. TRIPOLONE
NOTARY PUBLIC, State of New York
No. 01TR6042454
Qualified in Nassau County
Commission Expires May 30, 20__