UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

HUMBERTO CASTRO and
DONNA CASTRO,

                Plaintiffs,

- against-

UNITED STATES POSTAL SERVICE
LOS III d/b/a/ STEEL EQUITIES and
BASIN HAULAGE, INC.,

                Defendants.
------------------------------X

NOTICE OF APPEARANCE

Civil Action
No. CV-11-5071

(Wexler, J.)
(Boyle, M. J.)

        PLEASE TAKE NOTICE that the defendant UNITED STATES POSTAL SERVICE hereby appears in the above-entitled action by their undersigned attorney, and that said defendant demands that copies of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Central Islip, New York
       January 9, 2012

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York
                              Attorney for Defendants
                              610 Federal Plaza, 5th Floor
                              Central Islip, NY 11722-4454

               By:    s/ James H. Knapp
                        JAMES H. KNAPP
                        Assistant U.S. Attorney
                        (631) 715-7879