Patricia A. O'Connor (PO5645)
BRODY, O'CONNOR & O'CONNOR
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

GN 11-275 AB
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

HUMBERTO CASTRO and DONNA CASTRO,

Plaintiffs,

-against-

UNITED STATES POSTAL SERVICE, STEEL LOS III d/b/a STEEL EQUITIES and BASIN HAULAGE INC.,

Defendants.

---------------------------------------------------------------------X

**Civil Action No.:**
**CV 11 5071**

**VERIFIED ANSWER**

The defendant, STEEL - LOS III, LP i/s/h/a "STEEL LOS III d/b/a STEEL EQUITIES", by its attorneys, BRODY, O'CONNOR & O'CONNOR, ESQS., answering the Verified Complaint herein states upon information and belief:

FIRST: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraph marked "1", and each and every part thereof.

**AS TO THE FIRST CAUSE OF ACTION**

SECOND: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "2", "3", "4", "5", and "6", and each and every part thereof.

THIRD: Defendant denies the allegations set forth in paragraph marked "7", and each and every part thereof.

FOURTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "9", "10", "11", "12", "13", and "14", and each and every part thereof.

FIFTH: Defendant denies the allegations set forth in paragraphs marked "15", "16", "17", and "18", and each and every part thereof.

**AS TO THE SECOND CAUSE OF ACTION**

SIXTH: Defendant denies the allegations set forth in paragraph marked "19", except admits that STEEL - LOS III, LP is a domestic limited partnership.

SEVENTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraph marked "20", and each and every part thereof.

EIGHTH: Defendant denies the allegations set forth in paragraph marked "21", except admits that STEEL - LOS III, LP is the owner of premises located at 700 Hicksville Road, Bethpage, New York including 288 Grumman Road West, Bethpage, New York.

NINTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "22", "23", "24", "25", "26", "27", and "28", and each and every part thereof.

TENTH: Defendant denies the allegations set forth in paragraphs marked "29", "30", "31", and "32", and each and every part thereof.

**AS TO THE THIRD CAUSE OF ACTION**

ELEVENTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "33", "34", and "35", and each and every part thereof.

TWELFTH: Defendant denies the allegations set forth in paragraphs marked "36", and "37", and each and every part thereof.

THIRTEENTH: Defendant denies having knowledge or information sufficient to form a belief as to the allegations set forth in paragraphs marked "38", "39", "40", "41", "42", and "43", and each and every part thereof.

FOURTEENTH: Defendant denies the allegations set forth in paragraphs marked "44", "45", "46", and "47", and each and every part thereof.

**<u>AS TO THE FOURTH CAUSE OF ACTION</u>**

FIFTEENTH: Defendant repeats and reiterates each and every denial in answer to paragraphs numbered "1" through "47", of the Complaint as if more particularly hereinafter set forth in answer to paragraph numbered "48", and each and every part thereof.

SIXTEENTH: Defendant repeats and reiterates each and every denial in answer to paragraphs numbered "1" through "48", of the Complaint as if more particularly hereinafter set forth in answer to paragraph numbered "49", and each and every part thereof.

SEVENTEENTH: Defendant repeats and reiterates each and every denial in answer to paragraphs numbered "1" through "49", of the Complaint as if more particularly hereinafter set forth in answer to paragraph numbered "50", and each and every part thereof.

EIGHTEENTH: Defendant repeats and reiterates each and every denial in answer to paragraphs numbered "1" through "50", of the Complaint as if more particularly hereinafter set forth in answer to paragraph numbered "51", and each and every part thereof.

NINETEENTH: Defendant denies the allegations set forth in paragraph marked "52", and each and every part thereof.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

TWENTIETH: The plaintiff, HUMBERTO CASTRO, was guilty of culpable conduct, including contributory negligence and/or assumption of risk, and should an award be made to plaintiffs, same should be diminished in the proportion which the culpable conduct and/or contributory negligence and/or assumption of risk attributable to the plaintiffs bears to the culpable conduct and/or negligence which caused the damages.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

TWENTY-FIRST: In the event that plaintiffs recover judgment against this answering defendant and it is determined that plaintiffs' damages were caused in whole or in part by two or more joint tortfeasors, then defendant's liability herein for non-economic loss may not exceed its equitable share of said damages in accordance with its relative culpability, as provided by Section 1601 of the CPLR.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

TWENTY-SECOND: Plaintiffs' recovery, if any, shall be reduced by the amount of any collateral payments received, in accordance with CPLR Section 4545.

**AS A CROSS COMPLAINT AGAINST CO-DEFENDANTS, UNITED STATES POSTAL SERVICE AND BASIN HAULAGE INC., DEFENDANT, STEEL - LOS III, LP i/s/h/a "STEEL LOS III d/b/a STEEL EQUITIES", ALLEGES:**

If the plaintiff, HUMBERTO CASTRO, was caused to sustain injuries and damages at the time and place and in the manner alleged in the Complaint through any carelessness, recklessness and negligence other than the plaintiff's own carelessness, reckless and negligence, said injuries and damages were caused by reason of the carelessness, recklessness and negligence and/or affirmative acts of omission or commission and/or breach of contract and/or breach of lease by each

party against whom this Cross-Complaint is pleaded and the agents, servants and/or employees of each such party, and if any judgment is recovered herein by the plaintiffs against the defendant(s) asserting this Cross-Complaint, the said defendant(s) will be damaged thereby and each party against whom this Cross-Complaint is pleaded is or will be responsible therefor.

By reason of the foregoing and by reason of indemnification and/or hold harmless agreements by and between the cross-complaining defendant(s) and each party against whom this Cross-Complaint is pleaded, each party against whom this Cross-Complaint is pleaded will be liable to and bound to indemnify the defendant(s) asserting the same in the event of a recovery herein by the plaintiffs against the defendant(s) asserting this Cross-Complaint and bound to pay to the defendant(s) asserting this Cross-Complaint and all attorneys' fees, costs of investigation and disbursement.

Alternatively and by reason of the foregoing, each party against whom this Cross-Complaint is pleaded, on the basis of apportionment of responsibility for the alleged occurrence, will be liable to contribute to the verdict or judgment recovered against the said defendant(s) asserting this Cross-Complaint.

WHEREFORE, defendant, STEEL - LOS III, LP i/s/h/a "STEEL LOS III d/b/a STEEL EQUITIES", requests judgment dismissing the Complaint herein, together with costs and disbursements of this action.

Dated: Northport, New York
December 1, 2011

Respectfully Yours,

BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
STEEL - LOS III, LP
i/s/h/a "STEEL LOS III d/b/a STEEL EQUITIES"

By: ______________________
PATRICIA A. O'CONNOR (PO5645)
Office and Post Office Address
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778
File No.: GN 11-275 AB

TO: CARTIER, BERNSTEIN, AUERBACH & DAZZO, P.C.
Attorneys for Plaintiffs
100 Austin Street, Building 2
Patchogue, New York 11772
(631) 654-4900

UNITED STATES POSTAL SERVICE
P.O. Box 7304
Islandia, New York 11760

BASIN HAULAGE INC.
57-01 Flushing Avenue
Maspeth, New York 11378

**VERIFICATION**

STATE OF NEW YORK )
) ss.:
COUNTY OF SUFFOLK )

_______________________________, being duly sworn, deposes and says:

That deponent is the _______________________ of STEEL - LOS III, LP, a domestic limited partnership and the defendant in the within action, and your deponent has read the foregoing Verified Answer and knows the contents thereof and same is true to deponent's own knowledge except as to the matters therein stated to be alleged on information and belief, and as to those matter he believes it to be true.

The reason why this Verification is made by deponent and not by defendant is that defendant is a domestic limited partnership and deponent is an officer thereof. The sources of deponent's knowledge and the grounds of his belief as to all matters therein alleged upon information and belief are files and records maintained by the corporation.

STEEL - LOS III, LP

By: _______________________________

Sworn to before me this
day of

_______________________________
NOTARY PUBLIC

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK )
) ss:
COUNTY OF SUFFOLK )

DEBRA SANACORA, being duly sworn, deposes and says:

That your deponent is not a party to this action, is over 18 years of age and resides at Ronkonkoma, New York.

That on the 7 day of December, 2011, deponent served the within VERIFIED ANSWER and VERIFICATION

UPON:

CARTIER, BERNSTEIN, AUERBACH & DAZZO, P.C.
Attorneys for Plaintiffs
100 Austin Street, Building 2
Patchogue, New York 11772
(631) 654-4900

UNITED STATES POSTAL SERVICE
P.O. Box 7304
Islandia, New York 11760

BASIN HAULAGE INC.
57-01 Flushing Avenue
Maspeth, New York 11378

The address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

DEBRA SANACORA

Sworn to before me this
7 day of December, 2011.

NOTARY PUBLIC

PATRICIA A. O'CONNOR
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02OC6028806
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES ON 6/6/2014