

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TAM:JHK
F.#2011V02445

*610 Federal Plaza, 5th Floor*

*Central Islip, New York  11722*

October 3, 2012

**VIA ELECTRONIC FILING**

Honorable E. Thomas Boyle
United States Magistrate Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

    Re:  Castro and Castro v. United States Postal Service, et al.
           Civil Action No. CV-11-5071 (ETB)

Dear Magistrate Judge Boyle:

    This Office represents defendant United States Postal Service (the "Postal Service") in the above action brought by plaintiffs pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671, et seq., and 1346(b)(1).

    This letter is respectfully submitted on behalf of the parties to request an extension of the October 5, 2012 deadline to submit a list of witnesses and trial exhibits until a date after the parties telephone conference with the Court on October 16, 2012.  The reason for the extension is that the parties require additional time to complete discovery in this case.  The parties are prepared to set forth in greater detail the nature and extent of the discovery outstanding during the October 16,

-2-

2012 telephone conference or in such other manner as the Court may require.

    Thank you for your Honor's consideration of this application.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                  United States Attorney

                      By:   s/ James H. Knapp
                                James H. Knapp
                                Assistant U.S. Attorney
                                (631) 715-7879

cc: **Via ECF**
    All Counsel of Record