UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
HUMBERTO CASTRO and DONNA CASTRO,

                      Plaintiffs,

    -against-

UNITED STATES POSTAL SERVICE, STEEL LOS
III d/b/a STEEL EQUITIES and BASIN HAULAGE, INC.,

                      Defendants.
----------------------------------------X

Docket No.: 11 cv 5071
(LDW) (ETB)

**STIPULATION OF DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action, including counterclaims, be, and the same hereby is discontinued with prejudice as to the defendant BASIN HAULAGE, INC., ONLY pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

    IT IS HEREBY FURTHER STIPULATED AND AGREED that a facsimile copy shall have the same force and effect as an original and may be signed in counterparts.

Dated: Bohemia, New York
       October 1, 2013

*Kenneth A. Auerbach*
BY: Kenneth A. Auerbach, Esq.
Cartier, Bernstein, Auerbach and Dazzo, PC
Attorneys for Plaintiffs
100 Austin Street, Building 2
Patchogue, New York 11772
(631) 654-4900

BY: James H. Knapp, Esq.
Loretta A. Lynch, United States Attorney
Eastern District of New York
Attorneys for Defendant, United States of
 America n/h/a United States Postal Services
610 Federal Plaza, Fifth Floor
Central Islip, New York 11722
(631) 715-7879

_____
Aisha K. Broshan
Brody O'Connor & O'Connor
Attorneys for Defendant, Steel-Los III, LP
 i/s/h/a "Steel Los III d/b/a Steel Equities"
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

_____
BRIAN F. MARK (7951)
AHMUTY, DEMERS & MCMANUS
Attorneys for Defendant, BASIN
HAULAGE, INC.
200 I.U. Willets Road
Albertson, New York 11507
(516) 294-5433
Our File No. YCSP 010312 BFM


SO ORDERED _____   DATE: _____
          U S DISTRICT MAGISTRATE